IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL CASUALTY COMPANY | : | |
| Plaintiff | : | CIVIL ACTION |
| vs. | : | NO. 07-cv-4836 |
| CHRISTOPHER YOUNG | : | |
| Defendant | : | |

**ORDER**

AND NOW, this 14th day of July, 2009, upon consideration of Plaintiff's Motion for Summary Judgment, Defendant's opposition thereto, Plaintiff's Reply brief, and Defendant's Sur-reply brief, Plaintiff's Motion (Doc. No. 21) is GRANTED. IT IS FURTHER ORDERED AND DECLARED that Plaintiff National Casualty Company does not owe a duty to defend Defendant Christopher Young for the claims in the lawsuit brought by Karen Romano individually and as a parent and natural guardian of Sierra Caldwell filed in this Court at Civil Action No. 07-1708.

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.